IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**PRISCILLA PREMINGER**                                                              **PLAINTIFF**

**v.**                              **CASE NO. 3:24-cv-00152-BSM**

**CASEY'S RETAIL COMPANY**                                              **DEFENDANT**

## JUDGMENT

Consistent with the order entered today, this case is dismissed with prejudice.

IT IS SO ORDERED this 12th day of February, 2025.

_____
UNITED STATES DISTRICT JUDGE